UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE WHITCOMB,<br><br>                        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1–20,<br><br>                        Defendants. | Case No.: 23-cv-0019-L-KSC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONTINUE HEARING ON MOTION TO DISMISS COMPLAINT WITHOUT LEAVE TO AMEND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**[ECF No. 7]** |

      Pending before the Court is the parties' joint motion to continue the hearing on Defendant's motion to dismiss for lack of subject matter jurisdiction, (ECF No. 6), from April 10, 2023, to August 14, 2023.  (ECF No. 7.)  Plaintiff's opposition to the motion to dismiss is currently due on March 27, 2023.  Good cause appears to grant the Plaintiff an extension of fourteen (14) days to file an opposition.  Should the parties wish to seek further extension, good cause must be shown for a grant of extension as well as for the amount of time requested.  Plaintiff's opposition shall be filed no later than April 10, 2023, and Defendant's reply, if any, shall be filed no later than April 17, 2023.  Upon the filing of the forgoing, the motion will be considered submitted.

      **IT IS SO ORDERED.**

Dated: March 24, 2023

                                                         Hon. M. James Lorenz
                                                         United States District Judge